**Order entered June 13, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00575-CV

## IN RE DAVID REISS AND SPY GAMES, LLC, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02498**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court are relators' June 10, 2022 petition for writ of mandamus and motion for stay.

We request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **4:00 p.m.** on **June 17, 2022**.


/s/    KEN MOLBERG
       JUSTICE